# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 15, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

160376(38)

ADAM NYMAN and SARA NYMAN,
          Plaintiffs-Appellants,

v

THOMSON REUTERS HOLDINGS, INC., doing
business as WESTLAW,
          Defendant-Appellee.
_____/

SC: 160376
COA: 344213
Wayne CC: 17-012847-CB

      On order of the Chief Justice, the motion of defendant-appellee to extend the time for filing its answer is GRANTED.  The answer submitted on November 13, 2019, is accepted as timely filed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 15, 2019



Clerk